## Information to identify the case:

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Michael Bivens** | | Social Security number or ITIN | **xxx–xx–1305** |
| | First Name    Middle Name    Last Name | | EIN    _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | | Social Security number or ITIN    _ _ _ _ | |
| | | | EIN    _ _–_ _ _ _ _ _ _ | |

United States Bankruptcy Court    **Northern District of Georgia**
Court website: www.ganb.uscourts.gov

Date case filed for chapter **7    9/29/20**

Case number:    **20–41532–bem**

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).  Copy fees or access charges may apply. A free automated response system is available at 866–222–8029 (Georgia Northern). You must have case number, debtor name, or SSN when calling.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | About Debtor 1: | About Debtor 2: |
|---|---|---|
| **1. Debtor's full name** | Michael Bivens | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 3250 River Rd NE Dalton, GA 30721–7221 | |
| **4. Debtor's attorney** Name and address | Dan Saeger Saeger & Associates, LLC Suite D 706 S Thornton Ave Dalton, GA 30720 <br><br> Contact phone (706) 529–5566 Email: dan@whitfieldcountylaw.com | |
| **5. Bankruptcy trustee** Name and address | Thomas D. Richardson Brinson, Askew, Berry, et al. P. O. Box 5007 Rome, GA 30162–5007 | Contact phone 706–291–8853 |

**For more information, see page 2 >**

Debtor **Michael Bivens**                                                                                    Case number **20–41532–bem**

---

| 6. | **Bankruptcy clerk's office** | M. Regina Thomas<br>Clerk of Court | Office Hours:  8:00 a.m. – 4:00 p.m. |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Room 339, Federal Building<br>600 East First Street<br>Rome, GA 30161–3187 | Court website: www.ganb.uscourts.gov<br><br>Contact phone 706–378–4000 |

---

| 7. | **Meeting of creditors** | **November 19, 2020 at 01:40 PM** | Location: |
|---|---|---|---|
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Bring a copy of this notice with you. Creditors may attend, but are not required to do so. Cellular phones and other devices with cameras are not allowed in the building. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>TO THE DEBTOR: Bring an original government issued photo ID and confirmation of social security number. Provide the Trustee a copy of your most recently filed tax return seven days prior to the meeting, but DO NOT FILE WITH THE COURT. | **Meeting will be telephonic. To attend, Dial: 877–928–9915 and enter: 6981387, when prompted for participation code.** |

---

| 8. | **Presumption of abuse** | The presumption of abuse does not arise. |
|---|---|---|
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

---

| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 1/19/21** |
|---|---|---|---|
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

---

| 10. Proof of claim | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|
| Please do not file a proof of claim unless you receive a notice to do so. | |

---

| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|---|

---

| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|

---

United States Bankruptcy Court

Northern District of Georgia

In re:

Case No. 20-41532-bem

Michael Bivens

Chapter 7

Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 113E-6       User: bennettm       Page 1 of 2

Date Rcvd: Sep 30, 2020       Form ID: 309a       Total Noticed: 10

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Michael Bivens, 3250 River Rd NE, Dalton, GA 30721-7221 |
| tr | Thomas D. Richardson, Brinson, Askew, Berry, et al., P. O. Box 5007, Rome, GA 30162-5007 |
| 23239468 | Jose Ranguel, 1121 Walker Rd, Chatsworth, GA 30705-5934 |
| 23239469 | Kevin Ragsdale, DDS, PO Box 1949, Dalton, GA 30722-1949 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: dan@whitfieldcountylaw.com | Sep 30 2020 21:33:00 | Dan Saeger, Saeger & Associates, LLC, Suite D, 706 S Thornton Ave, Dalton, GA 30720 |
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Sep 30 2020 21:35:00 | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| 23239465 | | EDI: CAPITALONE.COM | Oct 01 2020 01:13:00 | Capital One/Wal Mart, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 23239466 | + | Email/Text: mediamanagers@clientservices.com | Sep 30 2020 21:33:00 | Client Services, Inc., 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 23239467 | | Email/Text: ebnnotifications@creditacceptance.com | Sep 30 2020 21:33:00 | Credit Acceptance Corporation, PO Box 551888, Detroit, MI 48255-1888 |
| 23239470 | | Email/Text: bankruptcy@republicfinance.com | Sep 30 2020 21:36:00 | Republic Finance Inc., 1275 N Glenwood Ave, Dalton, GA 30721-2603 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2020       Signature:      /s/Joseph Speetjens

District/off: 113E-6                                   User: bennettm                                   Page 2 of 2
Date Rcvd: Sep 30, 2020                              Form ID: 309a                                 Total Noticed: 10

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dan Saeger | on behalf of Debtor Michael Bivens dan@whitfieldcountylaw.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |
| Thomas D. Richardson | trichardson@brinson-askew.com  tdr@trustesolutions.net;Tdr82454@gmail.com;ctdr11@trustesolutions.net |

TOTAL: 3